# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **PEOPLE SOURCE STAFFING PROFESSIONALS, L. L. C.** | **CASE NO. 3:19-CV-00430** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **ANNA ROBERTSON, ET AL.** | **MAG. JUDGE HAYES** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a <u>de novo</u> review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS ORDERED, ADJUDGED, AND DECREED** that movants' motion to dismiss for failure to state a claim upon which relief can be granted [Doc. No. 31] is **GRANTED IN PART AND DENIED IN PART**. It is **GRANTED** to the extent that movants' move for dismissal of Plaintiff People Source Staffing Professionals, L.L.C.'s claims against Defendant Wayne Williamson for specific performance and breach of contract, and those claims only are **DISMISSED WITH PREJUDICE**. The motion to dismiss otherwise is **DENIED**.

Monroe, Louisiana, this 30th day of July, 2019.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE